AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

**WESTERN DISTRICT OF NEW YORK**

**WILLIAM COLSTON,**

**Plaintiff(s),**

## JUDGMENT IN A CIVIL CASE

**V.**

**CITY OF BUFFALO,**
**BUFFALO POLICE DEPARTMENT,**
**POLICE OFFICER JAMES O'DONNELL,**
**POLICE OFFICER R. AMERMAN,**
**LIEUTENANT JOHN P. KING,**

**Defendant(s).**

**CASE NUMBER: 1:01-CV-0070**

**X** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that no cause of action having been found after trial, judgment is granted in favor of the defendants and the complaint is dismissed.**

June 22, 2005
Date

RODNEY C. EARLY
Clerk

S/Bryan J. Blough
(By) Bryan J. Blough
Deputy Clerk